IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT A. HAUSE, | : | |
|     Plaintiff | : | No. 1:17-cv-2234 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CITY OF SUNBURY and DAVID PERSING, | : : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 31st day of March 2019, upon consideration of Defendants' motion to take judicial notice (Doc. No. 7), and Defendants' motion to dismiss (Doc. No. 8), **IT IS ORDERED THAT**:

1. Defendants' Motion to Take Judicial Notice (Doc. No. 7) is **DENIED**;

2. Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED** and Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without prejudice to the Plaintiff's filing of an amended complaint that corrects the deficiencies identified by the Court in the Memorandum issued concurrently with this Order within thirty (30) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
