**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SCOTT A. HAUSE, | : | |
| Plaintiff | : | No. 4:17-cv-02234 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CITY OF SUNBURY and DAVID | : | |
| PERSING, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, on this 11th day of December 2019, upon consideration of Defendants'

motion to take judicial notice (Doc. No. 17), and Defendants' motion to dismiss (Doc. No. 16),

and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED**

**THAT**:

1. Defendants' Motion to Take Judicial Notice (Doc. No. 17) is **DENIED**;

2. Defendants' Motion to Dismiss (Doc. No. 16) is **GRANTED** and Plaintiff's amended complaint (Doc. No. 15) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania