# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT A. HAUSE, | : | |
| Plaintiff | : | No. 4:17-cv-02234 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CITY OF SUNBURY and DAVID PERSING, | : | |
| | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 1st day of April 2020, upon consideration of Plaintiff's "motion to alter or amend judgment pursuant to [Federal Rule of Civil Procedure] 59(e)" (Doc. No. 23), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion (Doc. No. 23) is **DENIED**. The above-captioned action shall remain **CLOSED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania